UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS FALCO, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

INTUIT, INC., and
CREDIT KARMA, LLC,

Defendants.

Case No. 26-cv-06451-SVK

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

As modified by the Court

Judge: Hon. Susan van Keulen

Having reviewed Plaintiffs' Motion to Extend Initial Case Management Conference and ADR Deadlines and the declaration of counsel submitted in support therefore, the Court finds that the Motion is supported by good cause and is GRANTED.

The deadline for the Parties' ADR certificate and initial meet and confer shall be November 3, 2026, the Parties' initial disclosures and Joint Case Management Statement shall be due ~~November 17, 2026~~ December 1, 2026, with the Initial Case Management Conference to be held on ~~November 24, 2026~~ December 8, 2026 at 9:30 AM via Zoom.

IT IS SO ORDERED.

DATED September 10, 2026.

Hon. Susan van Keulen
United States Magistrate Judge